UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCILIEN MARIE-CARMENE, | No. 1:26-cv-3067-TLN-JDP |
| Petitioner, | A # 220-784-920 |
| v. | |
| MARKWAYNE MULLIN, *et al.*, | **RELEASE ORDER** |
| Respondents. | |

Petitioner, an immigration detainee, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On May 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 12.)  Respondents filed objections to the findings and recommendations objecting for the reasons advanced in their earlier filing.  (ECF No. 13 (referencing ECF No. 10).)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed May 20, 2026 (ECF No. 12) are ADOPTED in full;

2.      The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED;

3.      Respondents must IMMEDIATELY RELEASE Petitioner (A # 220-784-920) from custody under the same conditions of her release prior to her current detention.  At the time of release, Respondents must return all of Petitioner's documents and possessions.

4.      Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, including seven-days' notice and a pre-deprivation hearing before a neutral fact-finder where (a) Respondents show material changed circumstances demonstrate a significant likelihood of Petitioner's removal in the reasonably foreseeable future, or (b) Respondents demonstrate by clear and convincing evidence that the Government's interest in protecting the public and/or ensuring Petitioner appears at future immigration proceedings outweighs Petitioner's constitutionally protected interest in remaining free from detention.  *See Zadvydas v. Davis*, 533 U.S. 678, 690 (2001); *Hernandez v. Sessions*, 872 F.3d 976, 990 (9th Cir. 2017).  At any such hearing, Petitioner shall be allowed to have counsel present.

5.      Respondents' Motion to Dismiss (ECF No. 10) is DENIED;

6.      **The Clerk of Court is directed to serve California City Detention Facility with a copy of this Order**; and

7.      The Clerk of Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: May 28, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2